1983
W

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2013 Apr-23  PM 02:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

Terry Amison

Inmate Identification Number: 273160

71 Willie Steele DR

Aliceville AL 35442

(Enter above the full name(s) of the plaintiff(s)
in this action)

**vs.**

Mayor McKenzny

Board of commissioner

Sheriff David Abston

Pickens County Sheriff Department

(Enter above full name(s) of the defendant(s)
in this action)

NOTICE TO FILING PARTY

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

CV-13-S-0750-W

---

I.   **Previous lawsuits**

A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
in this action or otherwise relating to your imprisonment?
Yes  ( )          No  ( ✓ )

B.   If your answer to (A) is "yes," describe each lawsuit in the space below.  (If there is more than
one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s):  _____

Defendant(s):  _____ N/A _____

_____

2. Court (if Federal Court, name the district; if State Court, name the county)

_N/A_

3. Docket number _____ _N/A_

4. Name of judge to whom case was assigned _____ _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_N/A_

6. Approximate date of filing lawsuit _____ _N/A_

7. Approximate date of disposition _____ _N/A_

II. Place of present confinement _____ _N/A_

A. Is there a prisoner grievance procedure in this institution?
Yes ( )      No ( ✓ )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ✓ )      No ( )

C. If your answer is YES:

1. What steps did you take? _A copy of the attached complaint and a letter to suit_

2. What was the result? _____

D. If your answer is NO, explain why not? _____

_N/A_

2

III.  **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

**A.**  Name of plaintiff(s)  Terry Amison

Address  71 Willie Steele DR
Aliceville AL 35442

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item (C) for the names, positions, and places of employment of any additional defendants.

**B.**  Defendant  Mayor McKenzny, and Ø Sheriff David Abston

is employed as  Aliceville City hall  and Pickens County Sheriff dept.

at  P.O. Box 226  Carrollton AL 35447

**C.**  Additional Defendants  Pickens County Board of Commissioners
Deputy Sheriff Debra Abston, Deputy John Finney,
Deputy Tonnie Jones, Cheif Deputy Greg Carr, Deputy Vincent
Brown, Aliceville police dept, Tony Thrasher, Jeremy Booth.

IV.  **Statement of Claim**

State here, as briefly as possible, the FACTS of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheets, if necessary.

See attached (facts)

3

**V.**   **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you.   Make no legal arguments.   Cite no cases or statutes.

Grant him an order by Jury trial demands, An injunctive relief; Declaratory Judgement; an award of Compensetory, norminal and punitive damages of @: $2,680,000

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2013

Jerry Amison

**Signature(s)**

4



# NOTICE TO SUIT
**Terry Amison**
**71 Willie Steele Dr.**
**Aliceville, Alabama 35442**

**To:**  Mayor William McKinzey, (Aliceville)
Pickens County Board of Commissioners

**Ref:**  Pickens County Sheriff's Department, of AL
Sheriff David Abston, (#5411)
Deputy Debra Abston, Deputy John Finney, (#5415)
Deputy Tonnie Jones, Deputy Greg Carr, (#5417),
Deputy Vincent L. Brown (#5412), and
Aliceville Police Department,
Aliceville Board of Commissioners,
Aliceville Police Chief Tonnie Jones,
Officer Jeremy Booth and Officer Tony Thrasher

## Notice To Suit:

Dear Mayor, Board Members, Sheriff, Police Chief, and other named defendants....

Please find enclosed a copy of my intent Civil Action, Summons, Notice to Suit Letter; I intend to file for my seized property, seized October 24, 2006, approximately 6:30 p.m, by the named/listed Deputies/Officers and Defendants, which I wish returned. Which the projected file date will be twenty-five days in the District Court, for the Northern District of Alabama, Birmingham, Alabama, from the date of this letter. This Notice is to place you and the Pickens County Board Of Commissioners on Notice of what will become of the terms as that there is no response nor letter of your office for a settlement or some agreement between the parties for my (property return or of money value of settlement) upon your letter of denial, of the either named defendants.

The Civil Action will be requested of monetary value of $2,680,000, in compensatory and damages for seized properties of i.e.
(1) Due Process, (2) Conspiracy, (3) False and Illegal Search Warrant, (4) False Imprisonment, (5) Wrongful taken of one's property, (6) Defamation/Slander subject to felonious injuries (7) Intentional Confliction of emotional distress and outrage, and illegal taking of plaintiff property i.e.(an unestimated substantial large amount of U.S currency(approximately $3500-$5000) one hand held scanner,.375 mil bottle of Seagram's Gin, one pint Orange MD Jubilee, one bottle of Andre Cold Duck, one bottle of Crown Royal Whiskey, one 1.75 liter bottle of Seagram's Extra Dry Gin, one 1.75 liter bottle of Seagram's Seven, fourteen 12 oz. cans of Natural Light Beer, nine 12 oz.

Budweiser beer, one Cherry Oak Coffee table, two Cherry Oak End tables, one Taurus 9mm pistol serial #TGY15628, (certified register self-owner) one Smith and Wesson 357 Magnum Model 66 Serial # CD41967, and two clips for 9mm fully loaded(certified register self owner), one pr. Brass knuckles, one clear jug with assorted U.S currency, two gun holsters, one box containing 32 38 col. cartridges, $2.00 bill, one pink case with $83.00 in U.S currency, one red plastic (child) piggy bank with assorted and unsubstantial of amount of U.S currency, one lists of accounts, one(child) Spider-Man wallet with $58.27 in U.S currency, one clear (child) plastic piggy bank, one green and blue purse with $7.00 in U.S currency and  black knife, one black case with $20.81 in U.S currency, one clear plastic container containing and assorted and large substantial U.S currency, one folding knife, one brown metal box containing the items of one Rossi 357 Magnum Serial # 0616461(self-registered owner) one large envelope containing $500.00 in U.S currency, one large envelope containing $1000,00 in U.S Currency , assorted paperwork, one 31 in. Phillips Magnavox T.V with stand (black) Serial #3318207, one 1990 Gray Olds 98 Tag# 54A907B, one 1994 White Nissan Sentra Tag# 54B903D, one 1995 Green Plymouth Voyager Tag# 54A456T, and one 1988 Burgundy Honda Civic Tag# 54B166F.

Plaintiff states he will file his attached lawsuit with the U.S Federal District in the Northern District of Alabama, within 20 days from the above date, unless he has received the County's letter of intent to negotiate the terms of the requested amount of $2,680,000, and the return listed illegal seized property or your letter of denial of the listed and illegal seized property removed or taken of his residence, 71 Willie Steele Drive, Aliceville, Alabama, October 24, 2006 stated in Plaintiff's Complaint.

Very Cordially Yours,

Terry Amison

# FACTS (OCTOBER 24, 2006)

## Terry Amison

On October 24, 2006, 18:36, the Pickens County Sheriff's Department et al, and the Aliceville Police Department combined executed an illegal search using an illegal search warrant, and illegal enter into the plaintiff's house at 71 Willie Steele Drive, Aliceville, Alabama, 35442, illegal taking and removing stated owned property belonging to the plaintiff, and never returned any of known, valued at the damages of $2,680,000, compensatory and punitive and to have remained of the Defendants possession up and until this filing...Plaintiff contends on and up to this filing, the Defendants Pickens County Sheriff's Dept. et al, and the Aliceville Police Department et al, wrongful seized and illegal taken and violated the Plaintiffs Civil Rights by taking and removing personal property of i.e.

(1) $300.00 U.S currency
(2) $20.00 U.S currency
(3)1 hand held scanner
(4) One 375 mil bottle of Seagram's Gin
(5) One pint M/D 20/20 Orange Jubilee
(6) One bottle of Andre Cold Duck
(7) One bottle of Crown Royal Whiskey
(8) One 1.75 liter bottle Of Seagram's Extra Dry Gin
(9) 1.75 liter bottle of Seagram's Seven
(10) 14 12oz cans Of Natural Light Beer
(11) 9 12oz cans of Budweiser beer
(12) 1 Cherry Oak Coffee table
(13) 2 Cherry Oak End tables
(14) 1 Taurus 9mm pistol serial # TYG15628 (registered owner)
(15) 1 Smith and Wesson 357 Magnum 66 serial # CDU1967 (registered owner)
(16) 2 clips for 9mm fully loaded
(17) 1 pair brass knuckles
(18) 1 clear plastic jug with assorted U.S currency (approx. $3000.00
(19) 2 gun holsters
(20) 1 box containing 32 38 col. Cartridges
(21) $2.00 bills
(22) 1 pink case with $83.00 in U.S currency
(23) 1 (child) red plastic piggy bank with assorted U.S currency
(24) 1 list of accounts
(25) 1 (child) Spiderman wallet with $58.27 in U.S currency
(26) 1 green and blue purse with $7.00 in U.S currency and black knife
(27) 1 black case with $20.81 in U.S currency
(28) 1 (child) clear piggy bank containing assorted currency
(29) 1 folding knife
(30) 1 brown metal box containing the items of

1 Rossi 357 Magnum serial # 0616461
1 envelope containing ($500.00) in U.S currency
1 envelope containing ($1000.00) in U.S Currency
Assorted paperwork
(31) One 31in.Phillips Magnavox T.V with black stand serial # 33118207
(32) One 1990 Gray Olds 98 Tag # 54B903D
(33) One 1994 White Nissan Sentra Tag # 54B903D
(34) One Green Plymouth Voyager Tag # 54A956T

Further the Defendants violated Plaintiff's Constitutional Civil Rights when entering his residence of a bogus and illegal search warrant and (1) due process, (2) conspiracy, (3) false and illegal search warrant, (4) false and wrongfully accused, (5) wrongfully taken of one's property,(6) defamation/slander, subject to felonious injuries, intentional confliction of emotional distress and outrage, and illegal taking of Plaintiff's property above stated.

Plaintiff's requests his complaint is tried by jury demands.

Plaintiff's states that the Defendants are sued in their official and individuals expatriates.

Plaintiff's requests his complaint is not frivolous and is order Service of Process on the Defendants, as that they are employed by the County of Pickens and the City of Aliceville, Alabama.

Plaintiff states that all defendants may be served up this complaint at the known address_____, Aliceville, Alabama 35442

Plaintiff's address 71 Willie Steele Drive, Aliceville, Alabama 35442

All members of this suit are residence of the State of Alabama

Plaintiff states his claim is in controverted of excess of $2,000,000.

Plaintiff states Defendants does not absolute, qualified, or the Eleventh Amendment Immunity.

Plaintiff states he filed his Civil Action for Jury by Trial demands, Injunctive Relief, Declaratory Judgment, and Nominal, Compensatory, and Punitive damages in the amount of $2,680,000, and any other further amount this court deems just.

The Plaintiff hereby states he reserves the right to amend, his complaint to add any parties that may become a part of the conspiracy of the complaint that may aid or abetted knowledge of this complaint or any other justice this court may deems just.

*Certificate of Service*

I hereby certify that I have this 19th day of November, 2012 served a copy of the foregoing upon the Mayor of Aliceville, by placing a copy of the same in the U.S postal service, postage prepaid and properly addressed as follows:


William R. McKinzey Jr.
Mayor of Aliceville
419 Memorial Parkway E.
Aliceville, Alabama